127 A.3d 689

IN THE MATTER OF PAUL G. BULTMEYER, AN ATTORNEY
AT LAW (ATTORNEY NO. 272511972).

December 15, 2015.

## ORDER

This matter having been duly considered and the Court having determined that the Order issued by the Court on December 2, 2015, in respect of the decision of the Disciplinary Review Board in DRB 15–056, was improvidently entered;

It is ORDERED that the Court's Order filed December 2, 2015, in this matter is hereby is vacated; and the Clerk of the Court shall re-issue an Order to Show Cause in respect of the Disciplinary Board recommendation of disbarment in DRB 15–056.